IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD SANDERS,

    Plaintiff,

v.

DIRECTOR: U.S. SELECTIVE
SERVICES SYSTEM,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-622-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing plaintiff's complaint for failure to state a claim upon which relief may be granted.

_____       10/16/09
Peter Oppeneer, Clerk of Court              Date